UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re: )
) Case No. 10-04525-D
WW&LB DEVELOPMENT COMPANY, LLC, )
) **TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**
Debtor. )
)

Enclosed from the office of KEVIN CAMPBELL, Trustee for the above-named case, are Check Numbers 1054 of $2,591.94, and 1055 of $9,123.62, representing monies designated as dividends to unsecured creditors as follows:

| CREATOR | CLAIM NO. | *REASON FOR RETURN | | | AMOUNT |
|---|---|---|---|---|---|
| | | Failure To Clear | Returned Mail | Pursuant To BR 3010 | |
| 1. Aree Stanley Bellamy | 13A | X | X | | $2,591.94 |
| 2. Aree Stanley Bellamy | 13B | X | X | | $9,123.62 |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | Total | | $11,715.56 |

Dated: July 29, 2013

KEVIN CAMPBELL, TRUSTEE
District Court No. 30
P.O. Box 684
Mount Pleasant, SC 29465-0684
Tel. No. 843-884-6874
Fax No. 843-884-0997
E-Mail: kcampbell@campbell-law-firm.com

*If reason for return is other than those listed, please note reason.
================================================================================
(For Bankruptcy Court Use Only

| BANKRUPTCY TRUSTEE LEDGER | | | | |
|---|---|---|---|---|
| TITLE: | | | DOCKET: | |
| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1